**Gary L. SNYDER, Appellant,**

v.

**Janice SNYDER, Individually and Personally; Arapahoe County Sheriff's Office, Multiple John and Jane Doe Sheriff Deputies, (Each Individually and Personally); Arapahoe County Social Services, Colorado; Jefferson County Social Services, Colorado; Kathleen Curley, (Individually and Personally); Ingrid Holmes, (Individually and Personally); Mardi A. Ewing, (Individually and Personally); Linda Froehler, (Individually and Personally); Linda Gibson–Hendrick, (Individually and Personally); Charles D. Moon, (Individually and Personally); Katie Smith, (Individually and Personally); Stephanie Simpson, (Individually and Personally); Eileen Wiseman, (Individually and Personally); John Doe Process Service Company, Colorado (Individually and Personally and in its Business Capacity); Orbitz Couriers; Douglas County Sheriff's Office, Multiple John and Jane Doe Sheriff Deputies, (Each Individually and Personally); Jennifer Gening, RN (Individually and Personally); Douglas County, Minnesota, (In Its Governmental Capacity); Jeffry Rustand, (Individually and Personally); Sherburne County Social Services, Minnesota; Mary Patton, (Individually and Personally); Jeffrey Scott Snyder, (Individually and Personally; For Jurisdiction Only); Barry Brooks Snyder, (Individually and Personally; For Jurisdiction Only); Kevin Grant Snyder, (Individually and Personally; For Jurisdiction Only), Appellees.**

No. 07–1973.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 25, 2008.

Filed: Dec. 2, 2008.

Gary L. Snyder, Big Lake, MN, for Plaintiff–Appellant.

Kirsten J. Crawford, Arapahoe County Attorney's Office, Littleton, CO, Monte A. Mills, Greene & Espel, Scott T. Anderson, Eric Quiring, Ratwik & Roszak, Minneapolis, MN, Patricia W. Gilbert, Jefferson County Attorney's Office, Golden, CO, Jason M. Hill, Johnson & Lindberg, Minneapolis, MN, Anna E. Jenks, Attorney General's Office, St. Paul, MN, for Defendants–Appellees.

Before MURPHY, BYE, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Gary Snyder appeals the district court's[1] adverse judgment disposing of his 42 U.S.C. § 1983 action. After careful review, we have found no basis for reversal and therefore affirm. *See* 8th Cir. R. 47B.

---

[1]. The Honorable David S. Doty, United States District Judge for the District of Minnesota.